JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MARTINEZ, | No.  CV 20-9044 PA |
| Petitioner-Defendant, | CR 04-415 PA |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Respondent-Plaintiff. | |

Pursuant to the Court's February 15, 2021 Order denying the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by Petitioner Alejandro Martinez ("Petitioner"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion is denied and this action is dismissed with prejudice.

DATED: February 15, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE